IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

CASHMAN DREDGING AND MARINE :
CONTRACTING, CO., LLC,                :
                                      :
                                      :
                Plaintiff,            :
                                      :
v.                                    :    CIVIL ACTION NO.: 1:18-cv-12499-FDS
                                      :    IN ADMIRALTY
                                      :
The TUG SQUARE DEAL and its engines,  :
tackles apparel, appurtenances,       :
equipment etc., *in rem*; BARGE AGNES :
and its engines tackles, apparel,     :
appurtenances, etc., *in rem*; and DUMP :
SCOW TMC 140, and its engines, tackles, :
appurtenances, etc., *in rem*,        :
                                      :
                Defendants.           :

---

## VERIFIED STATEMENT OF RIGHT OR INTEREST

Pursuant Rule C(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions of the Federal Rules of Civil Procedure (the "Supplemental Rules"),

claimant, TU200001, LLC, through its counsel Holbrook & Murphy[1], hereby files its claim as

the sole, true bona fide owner of the BARGE AGNES, her engines, tackle, equipment,

appurtenances, etc. (the "Vessel"), and on behalf of the Vessel claims the right to defend the

Vessel in this action. The restricted appearance is made under Supplemental Rule E(8), and is

expressly limited to the defense of the Vessel against any admiralty or maritime claim with

respect to which there has issued process *in rem.*

---

1 Pursuant to Supplemental Rule C(6)(a)(iii), TU200001, LLC has provided Holbrook & Murphy with the
authority to file this Verified Statement of Right or Interest on Northeast's behalf.

Dated: January 10, 2019

Respectfully submitted,
The Defendants,
By its Attorneys,

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO # 237850
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
sholbrook@holbrookmurphy.com

## VERIFICATION

1. I am Edward Valliere

2. I am a member of TU200001, LLC.

3. I have authority to sign on behalf of TU200001, LLC.

4. I have read the foregoing Verified Statement of Right or Interest and know the contents thereof, and the same are true to my knowledge.

5. I have provided my attorneys, Holbrook & Murphy, with the authority to file this Verified Statement of Right or Interest on behalf of TU200001, LLC.

6. I certify under penalty or perjury pursuant to 28 U.S.C § 1746 that the foregoing is true and correct.

Edward Valliere
Member, TU00001, LLC

Dated: January 10, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, I electronically filed the within Verified Statement of Right of Interest by using the CM/ECF system which will send notification of such filing(s) to the all registered participants.

/s/ Seth S. Holbrook

Seth S. Holbrook, BBO # 237850