**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CASHMAN DREDGING AND MARINE CONTRACTING, CO., LLC,<br>    *Plaintiff*,<br><br>vs.<br><br>TUG SQUARE DEAL, and its engines, tackles, apparel, appurtenances, etc., *in rem*; BARGE AGNES, and its engines, tackles, apparel, appurtenances, etc., *in rem*; and DUMP SCOW TMC 140, and its engines, tackles, apparel, appurtenances, etc., *in rem*,<br>    *Defendants*. | )<br>)<br>)<br>)<br>)   C.A. No. 1:18-cv-12499<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE DISMISSAL OF CLAIMS AGAINST THE TUG SQUARE DEAL AND RELEASE OF THE SQUARE DEAL FROM ARREST

Plaintiff, Cashman Dredging and Marine Contracting, Co., LLC (the "Plaintiff"), hereby provides notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that all claims against the TUG SQUARE DEAL and its engines, tackle, apparel, appurtenances, etc. ("SQUARE DEAL") are dismissed. This dismissal shall have no impact on Plaintiff's claims against the BARGE AGNES or the DUMP SCOW TMC 140.

In accordance with the Court's Order dated December 4, 2018 (ECF Doc. No. 7), all requirements for release of the SQUARE DEAL from seizure without further order of the Court

{W7077209.1}

have been satisfied and the SQUARE DEAL is released from seizure.

                                      Respectfully submitted,

                                      **CASHMAN DREDGING AND MARINE CONTRACTING, CO., LLC,**

                                      */s/ Michael J. Daly*
                                      Michael J. Daly, Esq. (#655838)
                                      Nicole M. Matteo, Esq. (#693553)
                                      PIERCE ATWOOD LLP
                                      One Financial Plaza, Suite 2600
                                      Providence, RI 02903
                                      Ph: (401) 490-3424
                                      mdaly@piereatwood.com
Dated: January 22, 2019                nmatteo@pierceatwood.com

## **CERTIFICATE OF SERVICE**

     I, Michael J. Daly, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 22, 2019.

                                      /s/ *Michael J. Daly*
                                      Michael J. Daly, Esq. (#6729)
                                      PIERCE ATWOOD LLP
                                      One Financial Plaza, Suite 2600
                                      Providence, RI 02903
                                      Ph: (401) 490-3424
                                      Fax: (401) 588-5166
                                      mdaly@pierceatwood.com